**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

DAVID GORDON OPPENHEIMER,

**Plaintiff,**

-against-

MANHATTAN REALTY GROUP SERVICES
INC., et al.,

**Defendants.**

----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 5/27/2025
```

**24-CV-9719 (NRB)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On May 22, 2025, the Honorable Naomi R. Buchwald referred this matter to my docket for settlement. A settlement conference is scheduled for Tuesday, July 8, 2025, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for the parties, they are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Tuesday, July 1, 2025

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      May 27, 2025
             New York, New York